UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-49690 |
| | ) | |
| BERECZ, LINDA | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on August 6, 2013 in Courtroom 613**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: July 8, 2013            By:  /s/ Richard M. Fogel
                                        Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com
UST Form 101-7-NFR (9/1/2009)

{000 NTC A0236578.DOC 4}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BERECZ, LINDA                              § Case No. 12-49690
                                                  §
                                                  §
Debtor(s)                                         §

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,264.56 |
| *and approved disbursements of* | $ 20.78 |
| *leaving a balance on hand of* [1] | $ 7,243.78 |
| **Balance on hand:** | $ 7,243.78 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,243.78 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,476.46 | 0.00 | 1,476.46 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,476.46 |
| Remaining balance: | $ 5,767.32 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 5,767.32 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,767.32

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 109,035.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 1,022.06 | 0.00 | 54.06 |
| 2 | Sallie Mae | 26,641.44 | 0.00 | 1,409.17 |
| 3 | Sallie Mae | 21,740.79 | 0.00 | 1,149.96 |
| 4 | Capital One Bank (USA), N.A. | 7,443.57 | 0.00 | 393.72 |
| 5 | Sallie Mae | 17,301.25 | 0.00 | 915.13 |
| 6 | Sallie Mae | 10,535.58 | 0.00 | 557.27 |
| 7 | Sallie Mae Inc, On Behalf of The | 15,114.91 | 0.00 | 799.49 |
| 8 | PYOD, LLC its successors and assigns as assignee | 3,952.73 | 0.00 | 209.08 |
| 9 | Capital One, N.A. | 1,158.20 | 0.00 | 61.26 |
| 10 | eCAST Settlement Corporation, assignee | 3,629.42 | 0.00 | 191.97 |
| 11 | eCAST Settlement Corporation, assignee | 495.57 | 0.00 | 26.21 |

Total to be paid for timely general unsecured claims: $ 5,767.32
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $    0.00
Remaining balance:   $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $    0.00
Remaining balance:   $    0.00

Prepared By:  /s/RICHARD M. FOGEL
                              Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-49690-TAB
Linda Berecz                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox              Page 1 of 3           Date Rcvd: Jul 09, 2013
                              Form ID: pdf006         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2013.
db          +Linda Berecz,    1624 Edinburgh Dr.,    Bartlett, IL 60103-2328
19833035    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
              Richmond, VA 23285)
19833030    +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
19833034    +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
20321849     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
              Charlotte, NC  28272-1083
20506635     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19833037    +Caste Creek CA,    Lieberman Management,    PO Box 5723,    Carol Stream, IL 60197-5723
19833027    +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
19833028    +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
19833020    #+Sallie MAE,    Attn: Bankruptcy Dept.,    Po Box 9655,    Wilkes Barre, PA 18773-9655
20441988     Sallie Mae Inc, On Behalf of The,    Department of Education,    DOE,    P.O. Box 740351,
              Atlanta, GA 30374-0351
19833036    +Sears/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6282,    Sioux Falls, SD 57117-6282
19833029    +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
20580697     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19833024    +E-mail/Text: bankruptcy@bbandt.com Jul 10 2013 01:53:38     BB&T Bankcard Corp.,
              Attn: Bankruptcy Dept.,    Po Box 2027,    Greenville, SC 29602-2027
19833022    +E-mail/PDF: pa_dc_ed@salliemae.com Jul 10 2013 02:12:00     DEPT OF ED/SALLIE MAE,
              Attn: Bankruptcy Dept.,    Po Box 9635,    Wilkes-Barre, PA 18773-9635
20230054     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2013 02:11:04     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19833031    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2013 02:11:04     Discover FIN SVCS LLC,
              Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
19833032    +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 10 2013 01:56:20     Kohls/Capone,
              Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
20477078    +E-mail/Text: resurgentbknotifications@resurgent.com Jul 10 2013 01:54:15
              PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19833025    +E-mail/PDF: pa_dc_claims@salliemae.com Jul 10 2013 02:11:57     Sallie MAE,
              Attn: Bankruptcy Dept.,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
20280264    +E-mail/PDF: pa_dc_claims@salliemae.com Jul 10 2013 02:15:12     Sallie Mae,    c/o Sallie Mae Inc.,
              220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19833033*   +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
19833023*   +DEPT OF ED/SALLIE MAE,    Attn: Bankruptcy Dept.,    Po Box 9635,    Wilkes-Barre, PA 18773-9635
19833026*   +Sallie MAE,    Attn: Bankruptcy Dept.,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
19833021*   +Sallie MAE,    Attn: Bankruptcy Dept.,    Po Box 9655,    Wilkes Barre, PA 18773-9655
20630154*    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
                                                                               TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: acox              Page 2 of 3           Date Rcvd: Jul 09, 2013
                              Form ID: pdf006         Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2013**                **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: acox              Page 3 of 3            Date Rcvd: Jul 09, 2013
                              Form ID: pdf006         Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2013 at the address(es) listed below:
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
        Shera L Bucchianeri    on behalf of Debtor Linda  Berecz ndil@geracilaw.com
        TOTAL: 3