**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BERECZ, LINDA                              § Case No. 12-49690
                                                  §
                                                  §
                                                  §
Debtor(s)                                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $168,280.00                    Assets Exempt: $20,780.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,767.32       Claims Discharged
                                                 Without Payment: $119,512.20

Total Expenses of Administration: $1,497.24

---

    3) Total gross receipts of $ 7,264.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,264.56 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,497.24 | 1,497.24 | 1,497.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 89,573.00 | 109,035.52 | 109,035.52 | 5,767.32 |
| **TOTAL DISBURSEMENTS** | $89,573.00 | $110,532.76 | $110,532.76 | $7,264.56 |

    4) This case was originally filed under Chapter 7 on December 19, 2012. The case was pending for 8 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/03/2013          By: /s/RICHARD M. FOGEL
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refunds | 1124-000 | 7,264.56 |
| **TOTAL GROSS RECEIPTS** | | **$7,264.56** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,476.46 | 1,476.46 | 1,476.46 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.78 | 10.78 | 10.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,497.24** | **$1,497.24** | **$1,497.24** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 969.00 | 1,022.06 | 1,022.06 | 54.06 |
| 2 | Sallie Mae | 7100-000 | 8,018.00 | 26,641.44 | 26,641.44 | 1,409.17 |
| 3 | Sallie Mae | 7100-000 | 15,589.00 | 21,740.79 | 21,740.79 | 1,149.96 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 7,336.00 | 7,443.57 | 7,443.57 | 393.72 |
| 5 | Sallie Mae | 7100-000 | 17,451.00 | 17,301.25 | 17,301.25 | 915.13 |
| 6 | Sallie Mae | 7100-000 | 4,236.00 | 10,535.58 | 10,535.58 | 557.27 |
| 7 | Sallie Mae Inc, On Behalf of The | 7100-000 | 10,613.00 | 15,114.91 | 15,114.91 | 799.49 |
| 8 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 3,953.00 | 3,952.73 | 3,952.73 | 209.08 |
| 9 | Capital One, N.A. | 7100-000 | 1,138.00 | 1,158.20 | 1,158.20 | 61.26 |
| 10 | eCAST Settlement Corporation, assignee | 7100-000 | 3,576.00 | 3,629.42 | 3,629.42 | 191.97 |
| 11 | eCAST Settlement Corporation, assignee | 7100-000 | 450.00 | 495.57 | 495.57 | 26.21 |
| NOTFILED | DEPT OF ED/SALLIE MAE | 7100-000 | 6,467.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/CBNA | 7100-000 | 9,777.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $89,573.00 | $109,035.52 | $109,035.52 | $5,767.32 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-49690  
**Case Name:** BERECZ, LINDA  

**Period Ending:** 09/03/13

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/19/12 (f)  
**§341(a) Meeting Date:** 02/12/13  
**Claims Bar Date:** 06/21/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property- 1624 Edinburgh, Bartlett, IL | 165,000.00 | 0.00 | | 0.00 | FA |
| 2 | Bank accounts (See Footnote) | 600.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods and Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Books and art objects | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Pension and Profit Sharing Plans (See Footnote) | Unknown | Unknown | | 0.00 | FA |
| 7 | Tax refunds | 8,000.00 | 7,600.00 | | 7,264.56 | FA |
| 8 | Automobile- 1993 Ford Explorer | 380.00 | 0.00 | | 0.00 | FA |
| 9 | Pet | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Earrings, watch, costume jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets** Totals (Excluding unknown values) | **$176,280.00** | **$7,600.00** | | **$7,264.56** | **$0.00** |

RE PROP# 2    Chase checking ($0) PNC checking ($599) Chase savings ($1)  
RE PROP# 6    100% exempt

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013         **Current Projected Date Of Final Report (TFR):**    July 8, 2013  (Actual)

Printed: 09/03/2013 07:28 AM    V.13.13

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-49690 | | Trustee: | RICHARD M. FOGEL (330720) |
| Case Name: | BERECZ, LINDA | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****000366 - Checking Account |
| Taxpayer ID #: | **-***9334 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/03/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/25/13 | {7} | LINDA BERECZ | Non-exempt portion of tax refund | 1124-000 | 7,264.56 | | 7,264.56 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,254.56 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.78 | 7,243.78 |
| 08/06/13 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,476.46, Trustee Compensation;  Reference: | 2100-000 | | 1,476.46 | 5,767.32 |
| 08/06/13 | 102 | Discover Bank | 5.28% dividend on Claim # 1, Ref: XXXXX0627 | 7100-000 | | 54.06 | 5,713.26 |
| 08/06/13 | 103 | Sallie Mae | 5.28% dividend on Claim # 2, Ref: 90798892661E00220090819 | 7100-000 | | 1,409.17 | 4,304.09 |
| 08/06/13 | 104 | Sallie Mae | 5.28% dividend on Claim # 3, Ref: 5029350001333900 | 7100-000 | | 1,149.96 | 3,154.13 |
| 08/06/13 | 105 | Capital One Bank (USA), N.A. | 5.28% dividend on Claim # 4, Ref: XXXXX0627 | 7100-000 | | 393.72 | 2,760.41 |
| 08/06/13 | 106 | Sallie Mae | 5.28% dividend on Claim # 5, Ref: 958360518610001201000928 | 7100-000 | | 915.13 | 1,845.28 |
| 08/06/13 | 107 | Sallie Mae | 5.28% dividend on Claim # 6, Ref: 5029350003227290 | 7100-000 | | 557.27 | 1,288.01 |
| 08/06/13 | 108 | Sallie Mae Inc, On Behalf of The | 5.28% dividend on Claim # 7, Ref: 979252710310005201000908 | 7100-000 | | 799.49 | 488.52 |
| 08/06/13 | 109 | PYOD, LLC its successors and assigns as assignee | 5.28% dividend on Claim # 8, Ref: XXXXX0627 | 7100-000 | | 209.08 | 279.44 |
| 08/06/13 | 110 | Capital One, N.A. | 5.28% dividend on Claim # 9, Ref: XXXXX0627 | 7100-000 | | 61.26 | 218.18 |
| 08/06/13 | 111 | eCAST Settlement Corporation, assignee | 5.28% dividend on Claim # 10, Ref: XXXXX0627 | 7100-000 | | 191.97 | 26.21 |
| 08/06/13 | 112 | eCAST Settlement Corporation, assignee | 5.28% dividend on Claim # 11, Ref: XXXXX0627 | 7100-000 | | 26.21 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,264.56 | 7,264.56 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,264.56 | 7,264.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,264.56** | **$7,264.56** | |

{} Asset reference(s)

Printed: 09/03/2013 07:28 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-49690  
**Case Name:** BERECZ, LINDA  

**Taxpayer ID #:** **-***9334  
**Period Ending:** 09/03/13  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****000366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | **Net Receipts** | **Net Disbursements** | **Account Balances** |
| | | | **Checking # ****000366** | | 7,264.56 | 7,264.56 | 0.00 |
| | | | | | $7,264.56 | $7,264.56 | $0.00 |

{} Asset reference(s)

Printed: 09/03/2013 07:28 AM V.13.13